**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 19, 2023**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-23-00454-CV

---

## AKAMAI 5280 TAX PROFESSIONALS, LLC UPSTREAM TAX PARTNERS, JJM HOLDINGS, INC., AND JONATHAN MORANCHEL, Appellants

### V.

### FENIX CAPITAL FUNDING LLC, Appellee

---

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2022-83002**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed December 30, 2022. On December 7, 2023, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Hassan, Poissant, and Wilson.